UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTEL ANDREW WEST,

      Plaintiff,                          Case No. 26-cv-10759
                                           Honorable Linda V. Parker

v.

ISRAEL DAVIDOV, et al.,

      Defendants.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND DENYING PLAINTIFF'S SECOND
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, a Michigan Department of Corrections ("MDOC") inmate, initiated this pro se civil rights lawsuit on March 6, 2026, asserting deliberate indifference to his serious medical needs in violation of the Eighth Amendment. (ECF No. 1.) Plaintiff's claims arise from a fractured tooth, which he alleges Defendants failed to properly treat and now improperly want to extract because, they say, MDOC policy prevents them from offering restorative measures. The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

The matter is now before the Court on Plaintiff's second motion for preliminary injunction, in which he seeks an order requiring MDOC staff to follow legal mail procedures because mail from the court has been opened outside his presence.[1]  (ECF No. 17.)  On April 9, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court deny Plaintiff's motion.  (ECF No. 22.)  Magistrate Judge Stafford reasons that Plaintiff's complaint in this action is unrelated to MDOC mail handling procedures.[2]

At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

---

[1] Plaintiff filed an earlier motion for a temporary restraining order or preliminary injunction related to his tooth (ECF No. 1.), which the Court denied because it found that Plaintiff is not likely to succeed on his Eighth Amendment claim with respect to the extraction of the tooth (ECF No. 20).

[2] This Court adds that mail from the court is potentially "confidential mail" not "legal mail," pursuant to Section JJ of MDOC Policy Directive 05.03.118, effective January 5, 2026.  To be considered "confidential mail," incoming mail to a prisoner must be designated by the court as requiring special handling.

3

**IT IS ORDERED** that Plaintiff's second motion for preliminary injunction

(ECF No. 17) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 5, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 5, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager
