UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| QUINTEL ANDREW WEST,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL DAVIDOV, *et al.*,<br><br>Defendants. | Case No. 26-cv-10759<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL (ECF NO. 46)**

Plaintiff Quintel Andrew West moves a second time for appointment of counsel. ECF No. 46. The Court denied his earlier motion for appointment of counsel without prejudice, reasoning that West has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 12.

West again contends that he lacks legal training to address the complex legal and factual matters presented in this case. The Court's conclusion on this matter has not changed. *See id.*, PageID.110. West also argues that he needs an attorney to obtain expert testimony about his medical care. ECF No. 46, PageID.363-364. But discovery has not yet

started, and defendants have moved to dismiss based on the pleadings and on exhaustion grounds. ECF No. 33; ECF No. 34. Expert discovery is thus premature. *Id.* And in resolving motions to dismiss under Federal Rule of Civil Procedure 12(b)(6), the Court must construe the complaint in the light most favorable to West and accept as true all well-pleaded factual allegations. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). If West contends that defendants' motions require resolution of a factual question—such as whether he was provided grossly inadequate medical care—those motions must be denied.

Thus, West's second motion to appoint counsel is **DENIED WITHOUT PREJUDICE**. If defendants' dispositive motions are denied and discovery is ordered, West may renew his motion for appointment of counsel.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 23, 2026

**NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous

or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager